# Third District Court of Appeal

## State of Florida

Opinion filed September 30, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2166
Lower Tribunal No. 17-21132

————————

**Ramon Gonzalez, etc.,**
Appellant,

vs.

**Deutsche Bank National Trust Company, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Evan B. Plotka, P.A., and Evan B. Plotka (Hollywood), for appellant.

McGlinchey Stafford, and Ralph W. Confreda, Jr. and William Grimsley (Fort Lauderdale), for appellee.

Before EMAS, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>LaFaille v. Nationwide Mortg., LLC</u>, 197 So. 3d 1246, 1247 (Fla. 3d DCA 2016) (holding that a non-party to a note and mortgage has no standing to assert the defense that the lender failed to comply with a condition precedent to foreclosure).